**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6731**

JEFFREY A. PLEASANT,

             Petitioner - Appellant,

      v.

HAROLD W. CLARKE, Director, Virginia Dept. of Corrections,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:15-cv-00218-REP-RCY)

Submitted:  September 29, 2015       Decided:  October 21, 2015

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey A. Pleasant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery A. Pleasant appeals the district court's order denying his pleading titled "Notice of Removal of a Civil Action Pursuant to 28 U.S.C. § 1446(b)," dismissing the action as frivolous, and issuing a prefiling injunction.[*] We have reviewed the record and find no reversible error. As the plaintiff in the purported state court proceeding, Pleasant is not permitted to remove the action to federal court, so the dismissal was not error. Accordingly, though we grant leave to proceed in forma pauperis, we affirm the decision of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Pleasant does not challenge in his informal brief the imposition of the prefiling injunction. Thus, that portion of the district court's order is not before us. See 4th Cir. R. 34(b).

2